UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS CANTRELL,

   Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.
_____/

Case No. 08-12297

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
CHARLES E. BINDER

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [12], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [10], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [11]

On December 30, 2008, Magistrate Judge Binder issued a Report and Recommendation [12] recommending that Defendant's Motion for Summary Judgment [11] be granted, and that Plaintiff's Motion for Summary Judgment [10] be denied.  The Court has reviewed the record in this case.  No objections were filed.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.  Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [10] is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [11] is **GRANTED.**

**SO ORDERED.**

       S/Arthur J. Tarnow
       Arthur J. Tarnow
       United States District Judge

Dated:  February 27, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 27, 2009, by electronic and/or ordinary mail.

       S/Catherine A. Pickles
       Judicial Secretary